FILED 01 SEP '11 08:31 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT JENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LAKE OSWEGO, LAKE OSWEGO POLICE BUREAU and DON FORMAN, Lake Oswego Police Chief,<br><br>　　　　Defendants. | Civil No. 11-568-PK<br><br>ORDER TO DISMISS |

BROWN, District Judge.

　　Plaintiff's Motion to Voluntarily Dismiss Without Prejudice [18] is GRANTED.

　　IT IS SO ORDERED.

　　DATED this 26th day of August, 2011.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Anna J. Brown
　　　　　　　　　　　　United States District Judge

1 - ORDER TO DISMISS