FILED 01 SEP '11 08:31 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SCOTT JENSEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF LAKE OSWEGO, LAKE )<br>OSWEGO POLICE BUREAU and DON )<br>FORMAN, Lake Oswego Police )<br>Chief, )<br>)<br>Defendants. )<br>_____) | Civil No. 11-568-PK<br><br>ORDER TO DISMISS |

BROWN, District Judge.

　　Plaintiff's Motion to Voluntarily Dismiss Without Prejudice [18] is GRANTED.

　　IT IS SO ORDERED.

　　DATED this 26th day of August, 2011.

　　　　　　　　　　　　　　　　/s/ Anna J. Brown
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Anna J. Brown
　　　　　　　　　　　　　　　　United States District Judge

1 - ORDER TO DISMISS